UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HOLLY K. FINLAYSON,

                     Plaintiff,

                                                                        DECISION AND ORDER

                                                                        05-CV-6444L

                v.

R. JAMES NICHOLSON,
Secretary, Department of Veterans Affairs,

                     Defendant.
_____

      By motion filed October 4, 2006 (Dkt. #9), plaintiff moved to dismiss the complaint.

      By letter dated October 11, 2006 and filed, October 23, 2006 (Dkt. #11), the Government advised that it had no objection to the motion.

      Therefore, plaintiff's motion to dismiss is granted pursuant to FED. R. CIV. P. 41(a)(2) and plaintiff's complaint is dismissed without prejudice.

      IT IS SO ORDERED.

                                                    _____
                                                        DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        October 24, 2006.